**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Antonio SOTO, Defendant–Appellant.**

**No. 10–15373
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 11, 2011.

Patricia D. Barksdale, Julie Hackenberry Savell, Assistant U.S. Attorney, U.S. Attorney's Office, Jacksonville, FL, Robert E. O'Neill, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Lisa Call, Donna Lee Elm, Federal Public Defender's Office, Jacksonville, FL, for Defendant–Appellant.

Antonio Soto, Big Spring, TX, pro se.

Before HULL, PRYOR and FAY,
Circuit Judges.

PER CURIAM:

Lisa Call, appointed counsel for Antonio Soto in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Soto's conviction and sentence are **AFFIRMED.**